UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>MCCLINTOCK,<br><br>　　　　　Plaintiff. | Case No. 20-cv-09357-EMC<br><br>**ORDER OF DISMISSAL** |

John McClintock sent to the court a letter expressing his dissatisfaction with conditions at Mule Creek State Prison.  In an effort to protect his rights, a new action was opened and the letter was filed on December 28, 2020.  On that date, Mr. McClintock was informed that he had not filed a complaint, and was notified that he had 28 days to do so or the action would be dismissed.  Docket No. 2.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was notified that he had 28 days to either pay the fee or file the application or the action would be dismissed.  Docket No. 3.  Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee.  This action therefore is **DISMISSED** without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 22, 2021

_____
EDWARD M. CHEN
United States District Judge